IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:23-CR-86 |
| vs. | |
| RICHARD WESLEY MARSHALL, | ORDER STAYING MAGISTRATE JUDGE'S RELEASE ORDER |
| Defendants. | |

This matter is before the Court on the Government's Motion for Emergency Stay and for Review of Revocation of a Release Order. Filing 100. The Government asks the Court to stay the order of a magistrate judge in the Central District of California releasing defendant Richard Wesley Marshall pending trial on charges of violating 21 U.S.C. § 846, 18 U.S.C. § 1956(a)(1)(B)(i), and 18 U.S.C. § 1956(h), and 2. *See* Filing 75 at 1–3.[1] The Government requests a stay of the order while the Court conducts its *de novo* review in consideration of the Government's request for revocation of the order pursuant to 18 U.S.C. § 3145. Filing 100. Citing to his assets and record of foreign travel, the Government maintains that Marshall is a flight risk. *See* Filing 100 at 5-7.

To allow the Court time to conduct its *de novo* review, the magistrate judge's December 13, 2023, order releasing defendant Marshall will be stayed pending the Court's ruling on the Government's Motion for Revocation. *See* 18 U.S.C. § 3145(a)(1); *see also United States v. Salazar-Andujo*, 599 F. Supp. 3d 491, 495 (W.D. Tex. 2022) (citing 18 U.S.C. § 3145(a)(1) and

---

[1] The Superseding Indictment was filed in the District of Nebraska. Filing 75. Count I of the Superseding Indictment alleges that Marshall and other conspired to distribute and possess with intent to distribute 1000 kilograms or more of a mixture and substance containing a detectable amount of marijuana and a mixture, compound, and preparation containing THC. Filing 75 at 1. Count II of the Superseding Indictment alleges that the Defendant and others engaged in money laundering to conceal and disguise the nature, location, and source of unlawful activity. Filing 75 at 2. Count III of the Superseding Indictment alleges that Marshall and others conspired to launder money. Filing 75 at 2–3.

1

cases supporting the proposition that "the district court in the district where charges are pending can enter a stay of a release order issued by a magistrate judge of a different jurisdiction").

IT IS ORDERED:

1. The magistrate judge's December 13, 2023, order releasing defendant Richard Wesley Marshall is stayed pending this Court's ruling on the Government's Motion for Revocation, [Filing 100](Filing 100);

2. The defendant shall be detained pending further order of the Court; and

3. The Court will determine whether a hearing on the Government's Motion is required at a later date.

Dated this 15th day of December, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge