IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:23-CR-86 |
| vs. | ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME |
| RICHARD WESLEY MARSHALL, | |
| Defendant. | |

On January 11, 2024, this Court issued an Order directing both the Government and the Defense to submit any and all evidence they wished for the Court to consider in Ruling on the Government's Motion for Review of Revocation of a Release Order. Filing 149 at 4. In this Order, the Court set a filing deadline of January 18, 2024. Filing 149 at 4–5.[1] On January 18, 2024, counsel for the Defendant submitted a Motion for an Extension of Time in which he requested an additional week to submit a response. Filing 170 at 1. Counsel for the Defendant advises the Court that he specifically discussed this request for an extension with the Defendant as well as the impact this request for an extension will have on speedy trial calculations in his case. Filing 170 at 2.[2] Counsel for the Defendant concludes his Motion by stating, "[t]he defendant agrees that a request for additional time is in his best interests." Filing 170 at 2. The Court finds there is good cause to grant the Motion. Accordingly,

---

[1] The Government timely submitted such matters on January 18, 2024.

[2] The Defendant notes in his Motion that, "[a]s this request comes on behalf of the defendant, there is no impact on the Government's Speedy Trial concerns as said time is tolled against the defendant." Filing 170 at 2.

1

IT IS ORDERED: The Defendant's deadline to comply with the requirements set forth in this Court's Order dated January 11, 2024, Filing 149, is extended until January 25, 2024. Defendant's Motion to Extend, Filing 170, is granted.

Dated this 19th day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge