## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES,

Plaintiff,

vs.

RICHARD WESLEY MARSHALL

Defendant.

CASE NO.   8:23CR86

**WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER**

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)    The defendant affirms receiving a copy of the Second Superseding Indictment;

(2)    The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts of the Second Superseding Indictment.

_____     _2/26/24_____
Defendant                                              Date

_____     _2/28/24_____
Attorney for Defendant                          Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _29_ day of _February_____, 20 _24_.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT