IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
Plaintiff,

vs.

RICHARD MARSHALL,
Defendant.

**8:23-CR-86**

**ORDER ON REQUEST FOR TRANSCRIPT**

This matter is before the Court on a Request for Transcript filed by nonparty J. Robert Black. Filing 996. The request relates to a transcript of the November 4, 2026, sentencing of defendant Richard Marshall. Filing 996 at 2. Mr. Black's request is granted, provided Mr. Black contacts Rogene Schroder, 118 S. 18th Plaza, Suite 3129, Omaha, NE, 68102, and makes financial arrangements for obtaining the transcript. In the event Mr. Black does not contact Ms. Schroder and make the appropriate financial arrangements, the request is denied. Accordingly,

IT IS ORDERED that the Request for Transcript filed by nonparty J. Robert Black, Filing 996, is granted as to the transcript under the conditions described above. To the extent those conditions are not met, the request is denied. The Clerk shall mail a copy of this order to J. Robert Black at the address provided in Filing 996.

Dated this 9th day of November, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge